UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NAM PYO KIM,                                    **TRANSFER ORDER**
                                                10-CV-3095 (ARR)
              Petitioner,

  -against-

DUKE TERRELL, Warden, Metropolitan
Detention Center,

             Respondent.
-------------------------------------------------------------x
ROSS, United States District Judge:

    Petitioner Nam Pyo Kim, currently incarcerated at the Metropolitan Detention Center, brings this petition *pro se* for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks a reduction of his October 20, 2005 sentence stemming from his guilty plea in the United States District Court for the Southern District of New York. Since petitioner is challenging his sentence, the Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of New York. 28 U.S.C. § 1406(a). That provision of Rule 83.1 of the Local Rules of the Eastern District of New York which requires a seven day delay is waived. The Clerk of Court is directed to mark this case closed.

SO ORDERED.

                                                              /S/

                                           ALLYNE R. ROSS
                                           United States District Judge

Dated: Brooklyn, New York
       July 20, 2010